| | |
|---|---|
| Debtor name | **North Carolina Properties, LLC** |
| United States Bankruptcy Court for the: | **Northern District of Ohio** |
| Case number (if known): | **25-50059** |

☑ Check if this is an amended filing

# Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)
   - ☐ No. Go to Part 2.
   - ☑ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br><br>**North Carolina Dept of Revenue**<br>**Attn: Bankruptcy Unit**<br>**Po Box 1168**<br>**Raleigh, NC 27602-1168**<br><br>Date or dates debt was incurred<br>_____<br><br>Last 4 digits of account number **7 8 1 3**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)**<br>Remarks:<br>Interest/Penalty Assessment for Tax Year 2021 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the Claim:<br>_____<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | **$1,000.00** | **unknown** |
| **2.2** Priority creditor's name and mailing address<br><br>_____<br>_____<br>_____<br><br>Date or dates debt was incurred<br>_____<br><br>Last 4 digits of account number ___ ___ ___ ___<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ___ | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>_____<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | | |

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

**FRS Builders, LLC**

**358 Mozelles Rd**

**Purlear, NC 28665-9158**

Date or dates debt was incurred     **2022**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Work performed**

Is the claim subject to offset?
☐ No
☑ Yes

Amount of claim: **$15,000.21**

**3.2** Nonpriority creditor's name and mailing address

**Pinnacle Bank**

**Po Box 430**

**Elberton, GA 30635-0430**

Date or dates debt was incurred     _____

Last 4 digits of account number    __ __ __ __

Remarks:
Suit filed in North Carolina Superior Court, Case No.
24CV037883-910

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  _____

Is the claim subject to offset?
☑ No
☐ Yes

Amount of claim: **$1,752,000.00**

**3.3** Nonpriority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred     _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _____

Is the claim subject to offset?
☐ No
☐ Yes

**3.4** Nonpriority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred     _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _____

Is the claim subject to offset?
☐ No
☐ Yes

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4.** **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1   **Crumpton Law, PLLC,** <br> **Attn, Andrew Warren, Esq.** <br> **817 C. St.** <br> **North Wilkesboro, NC 28659** | Line **3.1** <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.2   **North Carolina Dept of Revenue** <br> **Po Box 25000** <br> **Raleigh, NC 27640-0100** | Line **2.1** <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.3   **Womble Bond Dickinson, LP** <br> **James S. Livermon, III, Esq.** <br> **555 Fayetteville St Ste 1100** <br> **Raleigh, NC 27601-3034** | Line **3.2** <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |

25-50059-amk    Doc 38    FILED 02/04/25    ENTERED 02/04/25 12:37:52    Page 3 of 22

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

**5.**    **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **$1,000.00** |
| 5b. | **Total claims from Part 2** | 5b. | **+** | **$1,767,000.21** |
| 5c. | **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | **$1,768,000.21** |

Fill in this information to identify the case:

Debtor name      **North Carolina Properties, LLC**

United States Bankruptcy Court for the:

     **Northern District of Ohio**

Case number (if known):      **25-50059**      Chapter    **11**

☑ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

     1a. **Real Property:**

         Copy line 88 from *Schedule A/B*.................................................................................................

**$1,008,000.00**

     1b. **Total personal property:**

         Copy line 91A from *Schedule A/B*................................................................................................

**$149,432.34**

     1c. **Total of all property:**

         Copy line 92 from *Schedule A/B*.................................................................................................

**$1,157,432.34**

**Part 2:** Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

     Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

**$821,791.07**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

     3a. **Total claim amounts of priority unsecured claims:**

         Copy the total claims from Part 1 from line 5a of *Schedule E/F*......................................................

**$1,000.00**

     3b. **Total amount of claims of non-priority amount of unsecured claims:**

         Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*......................................

**+ $1,767,000.21**

4. **Total liabilities**.................................................................................................................

**$2,589,791.28**

     Lines 2 + 3a + 3b

☑ Check if this is an amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:  Income

1. **Gross revenue from business**

   ☐ None

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|---|
   | **From the beginning of the fiscal year to filing date:** | From **01/01/2025** to Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$6,681.60** |
   | **For prior year:** | From **01/01/2024** to **12/31/2024**<br>MM/ DD/ YYYY       MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$90,630.28** |
   | **For the year before that:** | From **01/01/2023** to **12/31/2023**<br>MM/ DD/ YYYY       MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$71,056.00** |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None

   | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|---|
   | **From the beginning of the fiscal year to filing date:** | From **01/01/2025** to Filing date<br>MM/ DD/ YYYY | _____ | _____ |
   | **For prior year:** | From **01/01/2024** to **12/31/2024**<br>MM/ DD/ YYYY       MM/ DD/ YYYY | _____ | _____ |
   | **For the year before that:** | From **01/01/2023** to **12/31/2023**<br>MM/ DD/ YYYY       MM/ DD/ YYYY | _____ | _____ |

25-50059-amk    Doc 38    FILED 02/04/25    ENTERED 02/04/25 12:37:52    Page 6 of 22

| **Part 2:** | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3.    Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. _____ <br><br> Creditor's name <br><br> _____ <br><br> Street <br><br> _____ <br><br> City          State    ZIP Code | _____ <br><br> _____ <br><br> _____ | _____ | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |

**4.    Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. _____ <br><br> Creditor's name <br><br> _____ <br><br> Street <br><br> _____ <br><br> City          State    ZIP Code <br><br> **Relationship to debtor** <br><br> _____ | _____ <br><br> _____ <br><br> _____ | _____ | _____ <br><br> _____ <br><br> _____ |

**5.    Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|

| Debtor | North Carolina Properties, LLC | Case number *(if known)* | 25-50059 |
|---|---|---|---|
| | Name | | |

**5.1.**

_____

Creditor's name

_____

Street

_____

_____

City                     State     ZIP Code

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**6.1.**

_____

Creditor's name

XXXX– __ __ __ __

_____

Street

_____

_____

City                     State     ZIP Code

---

| **Part 3:** | Legal Actions or Assignments |
|---|---|

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| 7.1. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Pinnacle Bank v. North Carolina Properties an OH LLC** | **Complaint for Breach of Guaranty of Payment** | **North Carolina Superior Court Division** <br> Name <br><br> Street <br><br> City     State     ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** | | | |
| | **24CV037883-910** | | | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Debtor | **North Carolina Properties, LLC** | Case number *(if known)* | **25-50059** |
|---|---|---|---|
| | Name | | |

**8.1.**

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| Custodian's name | | |
| | Case title | Court name and address |
| Street | | Name |
| | Case number | Street |
| City          State     ZIP Code | | |
| | Date of order or assignment | City          State     ZIP Code |

---

## Part 4: Certain Gifts and Charitable Contributions

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

**9.1.**

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| Recipient's name | | | |
| Street | | | |
| City          State     ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |

---

## Part 5: Certain Losses

**10.** All losses from fire, theft, or other casualty within 1 year before filing this case.

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss  If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.  List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| **10.1.** | | | |

---

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | __Anthony J. DeGirolamo, Attorney at Law__ | __Attorney's Fee__ | __Various__ | __$14,092.00__ |

**Address**

__3930 Fulton Dr Nw Ste 100b__
Street

__Canton, OH 44718-3040__
City        State    ZIP Code

**Email or website address**

__tony@ajdlaw7-11.com__

**Who made the payment, if not debtor?**

---

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |

**Trustee**

---

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
| --- | --- | --- | --- | --- |
| | **Jeannette E. Timmons Living Trust** | **Sale of Lots on Laurel Drive, West Jefferson NC 28694 PPNs 19190045200 and 19190045201** | **January 2025** | **$70,000.00** |
| | **Address** | | | |
| | Street | | | |
| | City          State      ZIP Code | | | |
| | Relationship to debtor | | | |
| | **None** | | | |

---

<div style="background:black;color:white">**Part 7:**</div> Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy |
| --- | --- | --- |
| 14.1. | Street | From _____  To _____ |
| | City          State      ZIP Code | |

---

<div style="background:black;color:white">**Part 8:**</div> Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
— diagnosing or treating injury, deformity, or disease, or
— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| --- | --- | --- | --- |
| 15.1. | Facility name | | |
| | Street | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
| | City          State      ZIP Code | | *Check all that apply:*<br>☐ Electronically<br>☐ Paper |

---

| Debtor | **North Carolina Properties, LLC** | Case number *(if known)* | **25-50059** |
|---|---|---|---|
| | Name | | |

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

   ☐ No. Go to Part 10.

   ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

Has the plan been terminated?

☐ No

☐ Yes

**Part 10:** Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 _____<br>Name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City        State      ZIP Code | XXXX– _ _ _ _ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other<br>_____ | _____ | _____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | Address | | |
| | City   State   ZIP Code | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | **Hart Mini-Storage LLC** | | ~~Miscellaneous Furniture. The~~ | ☐ No |
| | Name | | ~~Debtor, Andrew Martines, and~~ | ☑ Yes |
| | **Po Box 405** | | ~~Stacy Sternen-Martines have~~ | |
| | Street | Address | ~~access.~~ | |
| | **W Jefferson, NC 28694-0405** | | | |
| | City   State   ZIP Code | | | |

---

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | |
| Name | | | |
| Street | | | |
| City   State   ZIP Code | | | |

---

**Part 12:** Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No

☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | Name | | ☐ Pending |
| **Case number** | Street | | ☐ On appeal |
| | | | ☐ Concluded |
| | City                State    ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| | | | |
| City        State    ZIP Code | City        State    ZIP Code | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| | | | |
| City        State    ZIP Code | City        State    ZIP Code | | |

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

---

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. _____<br>Name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City   State   ZIP Code | _____<br><br>_____ | EIN: _ _ – _ _ _ _ _ _ _<br><br>**Dates business existed**<br><br>From _____ To _____ |

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. **Maloney + Novotny LLC**<br>Name<br>**1111 Superior Ave E Ste 700**<br>Street<br><br>**Cleveland, OH 44114-2540**<br>City   State   ZIP Code | From **2021** To **current** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1. _____<br>Name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City   State   ZIP Code | From _____ To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Maloney + Novotny, LLC**<br>Name<br>**1111 Superior Ave., E. Ste. 700**<br>Street<br><br>**Cleveland, OH 44114**<br>City   State   ZIP Code | _____<br><br>_____<br><br>_____ |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

25-50059-amk    Doc 38    FILED 02/04/25    ENTERED 02/04/25 12:37:52    Page 15 of 22

| Name and address |
| --- |

26d.1. **Loan Broker**
Name

_____
Street

_____

_____
City　　　　　　　State　　　　ZIP Code

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |
| | | |

| Name and address of the person who has possession of inventory records |
| --- |

27.1. _____
Name

_____
Street

_____

_____
City　　　　　　　State　　　　ZIP Code

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| **Stacy Sternen-Martines** | **30799 Pinetree Rd Pmb 245 Pepper Pike, OH 44124-5903** | **Member,** | **75.00%** |
| **Andrew Martines** | **30799 Pinetree Rd Pmb 245 Pepper Pike, OH 44124-5903** | **Member,** | **25.00%** |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
| --- | --- | --- | --- |
| | | , | From _____ To _____ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.1. **See Exhibit to SOFA Q 30.**

Name

_____

Street

_____

_____

City      State      ZIP Code

| Relationship to debtor |
|---|

_____

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

---

**Part 14:** Signature and Declaration

---

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **01/27/2025**

     MM/ DD/ YYYY

**X /s/ Andrew Martines**        Printed name    **Andrew Martines**

Signature of individual signing on behalf of the debtor

Position or relationship to debtor    **Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No

☐ Yes

Debtor name     **North Carolina Properties, LLC**

United States Bankruptcy Court for the:

**Northern District of Ohio**

Case number (if known):    **25-50059**

☑ Check if this is an amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **01/27/2025**       **X** **/s/ Andrew Martines**
         MM/ DD/ YYYY             Signature of individual signing on behalf of debtor

                            **Andrew Martines**
                            Printed name

                            **Member**
                            Position or relationship to debtor

Ashe County Tax
Administration
150 Government Cir Ste 2200
Jefferson, NC 28640-8960

Crumpton Law, PLLC,
Attn, Andrew Warren, Esq.
817 C. St.
North Wilkesboro, NC 28659

CV3 Financial Services, LLC
2101 E. El Segundo Blvd. 203
Anaheim, CA 92809-0112

FCI Lender Services, Inc
Po Box 27370
Anaheim, CA 92809-0112

FRS Builders, LLC
358 Mozelles Rd
Purlear, NC 28665-9158

Internal Revenue Service
Centralized Insolvency Operations
Po Box 7346
Philadelphia, PA 19101-7346

IRS Special Procedures
1240 E 9th St Rm 457
Cleveland, OH 44199-9904

Monica M. Martines, Trustee
Monica M. Martines Trust
3240 Richmond Rd
Beachwood, OH 44122-4176

North Carolina Attorney
General
9001 Mail Service Ctr
Raleigh, NC 27699-9000


North Carolina Dept of
Revenue
Attn: Bankruptcy Unit
Po Box 1168
Raleigh, NC 27602-1168

North Carolina Dept of
Revenue
Po Box 25000
Raleigh, NC 27640-0100


Office of the United States
Trustee
Howard Metzenbaum Courthouse
201 Superior Ave E Ste 441
Cleveland, OH 44114

Pinnacle Bank
Po Box 430
Elberton, GA 30635-0430


US Attorney General
c/o US Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20530-0009


US Attorney's Office
Attn: Bankruptcy Unit
801 W Superior Ave Ste 400
Cleveland, OH 44113-1852


Womble Bond Dickinson, LP
James S. Livermon, III, Esq.
555 Fayetteville St Ste 1100
Raleigh, NC 27601-3034

IN RE: **North Carolina Properties, LLC**                    CASE NO 25-50059

CHAPTER **11**

**AMENDED**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date    **01/27/2025**        Signature                    **/s/ Andrew Martines**

Andrew Martines, Member

# DRAFT - SUBJECT TO CHANGE

**North Carolina Properties, LLC**

**Owner / Member Contributions and DIstributions**

**Updated 1/15/2025**

| Member | Transaction | Status | Date | Amount | Comment |
|---|---|---|---|---|---|
| Andrew Martines | Check Deposit | Returned | Mar 13, 2024 | -$2,000.00 | Same deposit by check returned and settled |
| Andrew Martines | Check Deposit | Settled | Mar 13, 2024 | $2,000.00 | Same deposit by check returned and settled |
| Andrew Martines | Check Deposit | Settled | Apr 4, 2024 | $4,000.00 | Equity Contribution |
| Andrew Martines | ACH Deposit | Settled | Jan 6, 2025 | $5,000.00 | Equity Contribution |
| Andrew Martines | ACH Disbursement | Settled | Jan 14, 2025 | -$5,000.00 | Equity Disbursement - repay $5,000 advance on Jan 6, 2025 |
| Andrew Martines | ACH Disbursement | Settled | Jan 14, 2025 | -$17,500.00 | Equity Disbursement - Proceeds of sale of real estate |

**Net Distributions**  **-$13,500.00**